UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVIN MOOD,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, ET AL.,<br><br>Defendants. | Case No. SACV 17-762-SVW (KK)<br><br>**ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, Defendant's Motion for Summary Judgment, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Defendant has objected. The Court accepts the final findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is DENIED.

Dated: January 22, 2019

HONORABLE STEPHEN V. WILSON
United States District Judge