William L. Haluck, Esq. (SBN 80146)
Zachary Schwartz, Esq. (SBN 286498)
Greg K. Koeller, Esq. (SBN 312470)
Koeller, Nebeker, Carlson & Haluck, LLP
3 Park Plaza, Suite 1500
Irvine, CA 92614-8558
949-864-3400; fax: 949-864-9000
Email: *bill.haluck@knchlaw.com* /
*zachary.schwartz@knchlaw.com*

Attorneys for Defendant
COUNTY OF ORANGE



FILED
CLERK, U.S. DISTRICT COURT
JUL 3 0 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| IVIN MOOD<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, DOES 1-10,<br><br>Defendants. | Case No.: 8:17-cv-00762-SVW-KK<br>Assigned to: Hon. Stephen V. Wilson<br>Crt. Rm: 10A<br>Magistrate Judge: Kenly Kiya Kato<br><br>[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT COUNTY OF ORANGE<br><br>Action Date: 4/28/17<br>Trial Date: vacated |

Defendant COUNTY OF ORANGE filed a Motion for Summary Judgment and this Court originally denied the Motion. (See Doc. 73.) However, the Court having reconsidered its position as to whether summary judgment is warranted in favor of COUNTY OF ORANGE, the Court informed parties that it was inclined to grant summary judgment sua sponte for COUNTY OF ORANGE and gave Plaintiff IVIN MOOD an opportunity to file a brief in opposition. (Doc. 80.) After IVIN MOOD filed an opposition (Doc. 81) and COUNTY OF ORANGE filed a reply (Doc. 84), this Court notified the parties on May 10, 2019 that the Court grants summary judgment for COUNTY OF ORANGE (Doc. 86), and on July 25, 2019, the Court issued its written order granting summary judgment sua sponte for

COUNTY OF ORANGE. (Doc. 92.)

After reviewing all papers filed in support of summary judgment, as well as all papers filed in opposition, and the issues have been duly heard and a decision duly rendered, **IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of Defendant COUNTY OF ORANGE and against Plaintiff IVIN MOOD, that Plaintiff IVIN MOOD take nothing, that the action be dismissed on the merits with prejudice, and that Defendant COUNTY OF ORANGE is the prevailing party under Federal Rule of Civil Procedure 54(d)(1) and is entitled to recover its costs incurred in this action in accordance with said Rule and Local Rules of this Court. This Judgment may be amended to include any costs and other litigation expenses awarded to Defendant COUNTY OF ORANGE by the Court.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 7/30/19

The Honorable Stephen V. Wilson
*Judge of the United States District Court*

2    Case No. 8:17-cv-00762-SVW-KK
[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT COUNTY OF ORANGE
004.548:372221v1